IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROGER KAY STEPHENS                                                                                           PLAINTIFF

     v.                                          CIVIL NO. 11-3118

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                          DEFENDANT

**O R D E R**

    Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. The courts finds that more information is needed to rule on his IFP application.

    Under Section 4 of his IFP application, Plaintiff states that he owns property valued at $4375.00, $59,450.00, and $2000.00. ECF No. 2. However, he does not provide a description of the nature of this property. As such, the clerk is directed to return the IFP application to counsel with directions to provide more specific information regarding Plaintiff's assets. Plaintiff is directed to file his amended IFP application on or before December 2, 2011. Should Plaintiff fail to comply within the required period of time, his complaint will become subject to summary dismissal for failure to obey a court order

    IT IS SO ORDERED this 18th day of November 2011.

                                                           /S/ *J. Marschewski*
                                                          HON. JAMES R. MARSCHEWSKI
                                                          CHIEF U.S. MAGISTRATE JUDGE