IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROGER KAY STEPHENS                                      PLAINTIFF

        v.                            CIVIL NO. 11-3118

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                DEFENDANT

## ORDER

On November 18, 2011, Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. An order was issued directing Plaintiff to provide more information on his IFP application by December 2, 2011. ECF No. 4. Plaintiff failed to comply with the order by the specified date, nor did he request additional time to submit his amended IFP application. As such, Plaintiff's motion to proceed IFP is denied.

Accordingly, Plaintiff's motion for leave to proceed IFP is DENIED. Plaintiff is directed to tender the filing fee of $350 by January 3, 2012. Should Plaintiff fail to comply within the required period of time, his complaint will become subject to summary dismissal for failure to obey a court order.

IT IS SO ORDERED this 20th day of December 2011.

                                               */s/ J. Marschewski*
                                              HON. JAMES R. MARSCHEWSKI
                                              CHIEF U.S. MAGISTRATE JUDGE

AO72A
(Rev. 8/82)